AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK (BROOKLYN)__

UNITED STATES OF AMERICA

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 20 2012

V.

HSBC Bank, et al **BROOKLYN OFFICE**

WAIVER OF INDICTMENT

CASE NUMBER: 12 CR 763

I, __HSBC Bank, et al__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __Dec. 20, 2012__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

HSBC Bank, USA, N.A and
HSBC Holdings PLC.

_Defendant_

_Counsel for Defendant_

s/John Gleeson

Before _____
_Judicial Officer_