Criminal Calendar: Arraignment & Status Conference

Before: Judge John Gleeson, U.S.D.J.

Date: 12/20/2012     Time: 11:30AM – 12:00AM

DOCKET NUMBER: 12CR763

DEFENDANT'S NAME: HSBC Bank USA, N.A.
✓ Present ___Not Present ___In Custody ___Bail

DEFENSE COUNSEL: David N. Kelley and Samuel W. Seymour
___Legal Aid ___CJA ✓Retained

DEFENDANT'S NAME: HSBC Holdings PLC
✓Present ___Not Present ___In Custody ___Bail

DEFENSE COUNSEL: David N. Kelley and Samuel W. Seymour
___Legal Aid ___CJA ✓Retained

DEFENDANT'S NAME: _____
___Present ___Not Present ___In Custody ___Bail

DEFENSE COUNSEL: _____
___Legal Aid ___CJA ___Retained

DEFENDANT'S NAME: _____
___Present ___Not Present ___In Custody ___Bail

DEFENSE COUNSEL: _____
___Legal Aid ___CJA ___Retained

AUSA: Alexander Solomon; Daniel Silver; Joseph Markel; Craig M. Timm     Deputy Clerk: Ilene Lee

Probation/Pretrial Officer: _____

INTERPRETER: _____ (Language) _____

COURT REPORTER: Marie Foley

✓ CASE CALLED:

✓ Arraignment: ___ Defendant's first appearance. ✓ Defendant arraigned on the ~~indictment~~ information.
___ Defendant informed of rights. ✓ Defendant entered NOT GUILTY PLEA to ALL counts of the ~~indictment~~ information.
___ Status Conference:
✓ Order of Speedy Trial entered. Code Type XT Start 12/20/12 Stop 12/28/2012
✓ Waiver of Indictment filed.
✓ Information filed.

– The Court has given the parties until 12/28/2012 to submit a joint submission regarding the status and proposed dates of the deferred prosecution agreement.
– Upon the recieval of this submission, a new conference date will be given by the Court.