

**U.S. Department of Justice**

*United States Attorney's Office*
*Eastern District of New York*

F.#2009R02380
DSS/CMT

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 1, 2014

BY ECF

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. HSBC Bank USA, N.A. and
           HSBC Holdings plc
           Criminal Docket No. 12-763 (JG)

Dear Judge Gleeson:

      Pursuant to the Court's July 1, 2013 order directing the government to file quarterly reports regarding the implementation of the deferred prosecution agreement ("DPA") in the above-captioned matter, the government submits this status report.

      During the last quarter, the Monitor made substantial progress in completing the six country reviews and two thematic reviews included in his First Annual Follow-up Review of HSBC Holdings plc's ("HSBC Group's") anti-money laundering program. The six countries the Monitor is reviewing are the United States, the Philippines, Canada, Malaysia, Hong Kong and Oman. The thematic reviews are of HSBC Group's private banking and trade finance businesses.  These reviews are intended to give the Monitor visibility into HSBC's anti-money laundering and sanctions programs throughout the world.  These reviews are expected to be completed in the next quarter.  The Monitor's findings will be included in the First Annual Follow-up Report scheduled to be issued in the first quarter of 2015.

      The Monitor also continued to make assessments of HSBC's implementation of the recommendations issued as part of

his initial report. HSBC Group continues to make progress on implementing these recommendations. The Monitor is expected to make specific findings regarding HSBC Group's implementation of the Monitor's recommendations as part of his First Annual Follow-up Report.

                Respectfully submitted,

                LORETTA E. LYNCH
                United States Attorney

By:        /s/
                Alexander A. Solomon
                Daniel S. Silver
                Assistant U.S. Attorneys
                (718) 254-6074/6034


                JAIKUMAR RAMASWAMY
                Chief, Asset Forfeiture and
                Money Laundering Section
                Criminal Division
                United States Department of
                Justice

By:        /s/
                Craig M. Timm
                Senior Trial Attorney
                (202) 598-2279

cc: Counsel for Defendants (via ECF)